# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re<br><br>PAUL DOUGLAS COMBS,<br>    Debtor.<br><br><br><br><br><br>RENAISSANCE AIRCRAFT LLC,<br>    Plaintiff,<br><br>v.<br><br>PAUL DOUGLAS COMBS,<br>    Defendant. | Chapter 7<br><br>Case No. 05-6498<br><br>Adversary N. 05-570<br><br>**ORDER INCORPORATING MEMORANDUM DECISION GRANTING SUMMARY JUDGMENT ON COUNT 7 OF THE COMPLAINT** |

    Based on this Court's Memorandum Decision dated March 30, 2006, which is incorporated herein by reference,

    IT IS ORDERED that Renaissance Aircraft LLC's September 26, 2005 Motion for Summary Judgment on Count 7 of the Complaint is granted.

    IT IS FURTHER ORDERED that the Plaintiff shall submit a judgment in the principal amount of $2,855,477.94, plus interest at 10% per annum or the highest rate allowed by Arizona law, until the judgment is paid in full.

    IT IS FURTHER ORDERED that the judgment of the Court of Appeals State of Arizona Division One, shall be deemed nondischargeable pursuant to 11 U.S.C. § 523(a)(6) as to Paul Douglas Combs.

1        **DATED this 30th day of March, 2006.**

2

3        _____

4        **Honorable Sarah Sharer Curley
         United States Bankruptcy Judge**

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2